**Order entered September 26, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-14-00638-CR**
**No. 05-14-00639-CR**

**ZANTAR LADON KELLY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-00158-S, F07-60023-S**

## ORDER

Appellant's September 24, 2014 motion to withdraw as appointed counsel on appeal and to abate the cases to the trial court for appointment of substitute counsel is **GRANTED**. Kathleen A. Walsh and the Dallas County Public Defender's Office are removed as counsel of record for appellant.

We **ORDER** the trial court to appoint new counsel to represent appellant in these appeals. We **ORDER** the trial court to transmit a supplemental clerk's record containing the order appointing new counsel to this Court within **THIRTY DAYS** of the date of this order.

We **ABATE** the appeals to allow the trial court to comply with this order. We will reinstate the appeals within thirty days of the date of this order or when we receive the order appointing new counsel.

/s/      LANA MYERS
         JUSTICE